FILED
 2017 Aug-15  PM 02:54
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHNDALE BREW, as Natural Father of, MASON CALDWELL, Deceased Minor,** | }<br>}<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: **2:17-cv-01277-MHH** |
| **ARAMARK CORPORATION,** | }<br>}<br>} |
| Defendant. | } |

## **ORDER**

Plaintiff Johndale Brew, as Natural Father of Mason Caldwell, a deceased minor, has filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 3).  The defendant has not filed an answer or a motion for summary judgment.  Although Mr. Brew's notice is self-executing, the Court enters this Order to ask the Clerk to please close the file.

**DONE** and **ORDERED** this August 15, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE